In the Matter of FREDERICK GUMINICK et al., Petitioners, v. RICHARD E. STEWART, as Superintendent of Insurance of the State of New York, Respondent.—

Concur — Capozzoli, J. P., Nunez, Steuer and Macken, JJ.